# EXHIBIT C

# EXHIBIT C

INVOICE # 0472850
DATE 03/08/2022



**KCH Transportation**

3001 S. Broad St.
Suite 207
Chattanooga, TN 37408

**SHIPPER**
AG PRODUCTION
4660 BERG STREET #130
SOUTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

**CONSIGNEE**
HARD ROCK STADIUM
347 DON SHILA DRIVE, GATE 2
MIAMI GARDENS, FL 33056

**BILL TO**
AGPRNONV
AG Production Services
4660 Berg Street. #130
NORTH LAS VEGAS, NV 89081

SHIP DATE 03/04/2022
Bill of Lading
CONSIGNEE REF NO.

| DESCRIPTION | WEIGHT | UNITS | RATE | CHARGES |
|---|---|---|---|---|
| Production/Entertainment Freight Charges | 42000.0 Min. weight: 42000.0 | 1.0000 | 8000.0000 Flat rate | 8000.00 |
| FORMULA ONE | | | | |

Transfer Funds To:
**SYNOVUS**

**ABA (ACH) Routing Number:** ███████
**Accounting Number:** ███████
**SWIFT Code:** ███████

ENTERED

21090
Per shaggy
OK

| THIS BILL IS PAST DUE ON | 04/07/2022 | PLEASE PAY THIS AMOUNT | $8,000.00 |
|---|---|---|---|

Thank you for your business



# STRAIGHT BILL OF LADING

LOAD #: 0472950
PO #:
Date: 03/04/2022

**KCH Transportation**

AFFIX PRO STICKER HERE

**FROM (SHIPPER):**
AG PRODUCTION
4650 BERG STREET #130
SOUTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

Scheduled Ship Date: 03/04/2022

**TO (CONSIGNEE):**
HARD ROCK STADIUM
347 DON SHULA DRIVE, GATE 2
MIAMI GARDENS, FL 33056
Phone: KEVIN (216) 919-5100

| M | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Space | WEIGHT | CLASS | SKU |
|---|---|---|---|---|---|---|---|
| | | | Formula 1 Mid Bridge Pieces LVL wood Steel Girders | | | | |

Totals
Lines                                                                 Space    Weight: 43,000 LBS

Billing Terms:
COLLECT [ ]
PREPAID [ ]
3RD PARTY [X]

Bill to: KCH TRANSPORTATION INC.
3001 S. Broad Street
Suite 207
Chattanooga, TN 37409
(770) 982-6829

Shipper Signature / Driver Signature   Carl Nixon 3/4/22

Consignee Signature   Jennifer Nance 3-7-22

SHIPPER: AG PRODUCTION
4650 BERG STREET #130
SOUTH SIDE RING CALL BOX AT GATE

CARRIER: SEPTEMBER LOGISTICS LLC
PER:
DATE:

Page 1 of 1

# INVOICE 0474041
DATE 03/18/2022



**KCH Transportation**

3001 S. Broad St.
Suite 207
Chattanooga, TN 37408

| BILL TO | AGPRNONV<br>AG Production Services<br>4660 Berg Street. #130<br>NORTH LAS VEGAS, NV 89081 |
|---|---|

| SHIPPER | AG PRODUCTION<br>4660 BERG STREET #130<br>NORTH SIDE RING CALL BOX AT GATE<br>N LAS VEGAS, NV 89081 |
|---|---|

| CONSIGNEE | SOLAR AMPITHEATER<br>301 BISCAYNE BLVD<br>ULTRA MUSIC FESTIVAL<br>MIAMI, FL 33132 |
|---|---|

SHIP DATE         03/11/2022
Bill of Lading
CONSIGNEE REF NO.

| DESCRIPTION | WEIGHT | UNITS | RATE | CHARGES |
|---|---|---|---|---|
| Production/Entertainment<br>    Freight Charges | 42000.0<br>Min. weight: 42000.0 | 1.0000 | 7400.0000<br>Flat rate | 7400.00 |
| Layover |  Flat rate | 2.0000 | 250.0000 | 500.00 |



Transfer Funds To:
   SYNOVUS

**ABA (ACH) Routing Number:**
**Accounting Number:**
**SWIFT Code:**

Pd 3/11/22
22018
App By Shawn
3/24/22

| THIS BILL IS PAST DUE ON | 04/17/2022 | PLEASE PAY THIS AMOUNT | $7,900.00 |
|---|---|---|---|

Thank you for your business

**KCH Transportation**

AFFIX PRO STICKER HERE

STRAIGHT BILL OF LADING
LOAD # 0474041
PO #
Date: 03/11/2022

FROM (SHIPPER):
AG PRODUCTION
4660 BERG STREET #130
NORTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

Scheduled ship date: 03/11/2022

TO (CONSIGNEE):
SOLAR AMPITHEATER
301 BISCAYNE BLVD
ULTRA MUSIC FESTIVAL
MIAMI, FL 33132
Phone: RUSS (480) 244-5170

| HM | Packages | Kind of Packages, Description of Articles (If HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Space | WEIGHT | CLASS | SKU |
|---|---|---|---|---|---|---|
| | | Lighting & Video | | | | |
| | | Russell J. Jacobs | | | | |
| | | [signature] 3.18.22 | | 42,000 LBS | | |

Billing terms:
COLLECT ☐
PREPAID ☐
3RD PARTY ☒

Bill to: KCH TRANSPORTATION INC.
3001 S. Broad Street
Suite 207
Chattanooga, TN 37406
(770) 962-6929

Shipper Signature: [signature]
Driver Signature: Chien Rodden
Consignee Signature:

YES ☐ NO ☐     YES ☐ NO ☐

SHIPPER: AG PRODUCTION
4660 BERG STREET #130
NORTH SIDE RING CALL BOX AT GATE

CARRIER: LTE TRUCKING INC
PER
DATE

Page 1 of 1

Scanned with CamScanner

| INVOICE | 0474039 |
|---|---|
| DATE | 03/18/2022 |



**KCH Transportation**

3001 S. Broad St.
Suite 207
Chattanooga, TN 37408

**BILL TO**
AGPRNONV
AG Production Services
4660 Berg Street. #130
NORTH LAS VEGAS, NV 89081

**SHIPPER**
AG PRODUCTION
4660 BERG STREET #130
NORTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

**CONSIGNEE**
SOLAR AMPITHEATER
301 BISCAYNE BLVD
ULTRA MUSIC FESTIVAL
MIAMI, FL 33132

SHIP DATE: 03/11/2022
Bill of Lading
CONSIGNEE REF NO.

| DESCRIPTION | WEIGHT | UNITS | RATE | CHARGES |
|---|---|---|---|---|
| Production/Entertainment Freight Charges | 42000.0 Min. weight: 42000.0 | 1.0000 | 7400.0000 Flat rate | 7400.00 |
| Layover | Flat rate | 3.0000 | 250.0000 | 750.00 |



Transfer Funds To:
**SYNOVUS**

ABA (ACH) Routing Number: ▓▓▓▓▓▓
Accounting Number: ▓▓▓▓▓▓
SWIFT Code: ▓▓▓▓▓▓

*[handwritten: Pd 3/11/22 App By Stassy 3/24/22 22018]*

| THIS BILL IS PAST DUE ON | 04/17/2022 | PLEASE PAY THIS AMOUNT | $8,150.00 |
|---|---|---|---|

*Thank you for your business*

**KCH Transportation**

AFFIX PRO STICKER HERE

**STRAIGHT BILL OF LADING**
LOAD # 0474039
PO #
Date: 03/11/2022

FROM (SHIPPER):
AG PRODUCTION
4660 BERG STREET #130
NORTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

Scheduled ship date   03/11/2022

TO (CONSIGNEE):
SOLAR AMPITHEATER
301 BISCAYNE BLVD
ULTRA MUSIC FESTIVAL
MIAMI, FL 33132
Phone: RUSS (480) 244-3479

| M | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS, PROPER SHIPPING NAME) | NMFC## | Spots | WEIGHT | CLASS | SKU |
|---|---|---|---|---|---|---|---|---|
| | | | Mainstage Lighting & Video | | | | | |

Totals
Units:
Spots:
Weight: 42,000 LBS

Billing terms:
COLLECT: ☐
PREPAID: ☐
3RD PARTY: ☒

Bill to: KCH TRANSPORTATION INC.
3001 S. Broad Street
Suite 207
Chattanooga, TN 37408
(770) 962-6829

Shipper Signature: CHAD TAYLOR  3/11/22
Driver Signature:
Consignee Signature:

SHIPPER: AG PRODUCTION
4660 BERG STREET #130
NORTH SIDE RING CALL BOX AT GATE

CARRIER: MONARCA TRANSPORTATION SERVI
PER:
DATE:

Page 1 of 1

Scanned with CamScanner

| INVOICE | 0472216 |
|---|---|
| DATE | 03/08/2022 |



**KCH Transportation**

3001 S. Broad St.
Suite 207
Chattanooga, TN 37408

**BILL TO**
AGPRNONV
AG Production Services
4660 Berg Street. #130
NORTH LAS VEGAS, NV 89081

**SHIPPER**
AG PRODUCTION
4660 BERG STREET #130
SOUTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

**CONSIGNEE**
HARD ROCK STADIUM
347 DON SHULA DRIVE, GATE 2
MIAMI GARDENS, FL 33056

SHIP DATE: 03/03/2022
Bill of Lading
CONSIGNEE REF NO.

| DESCRIPTION | WEIGHT | UNITS | RATE | CHARGES |
|---|---|---|---|---|
| Production/Entertainment | 42000.0 | 1.0000 | 7400.0000 | 7400.00 |
| Freight Charges    Min. weight: | 42000.0 | | Flat rate | |
| Formula One | | | | |

Transfer Funds To:
SYNOVUS

ABA (ACH) Routing Number:
Accounting Number:
SWIFT Code:

ENTERED

21090
Per Shaggy
OK

| THIS BILL IS PAST DUE ON | 04/07/2022 | PLEASE PAY THIS AMOUNT | $7,400.00 |
|---|---|---|---|

*Thank you for your business*



**KCH Transportation**

AFFIX PRO STICKER HERE

STRAIGHT BILL OF LADING
LOAD # 0472216
PO #
Date: 03/03/2022

FROM (SHIPPER):
AG PRODUCTION
4660 BERG STREET #130
SOUTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

TO (CONSIGNEE):
HARD ROCK STADIUM
347 DON SHULA DRIVE, GATE 2
MIAMI GARDENS, FL 33056
Phone: KEVIN (216) 513-5100

Scheduled ship date: 03/03/2022

Shipper Instructions: AT SHIPPER - SOUTH SIDE RING CALL BOX AT GATE

| ITM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Gmtls | WEIGHT | CLASS | SKU |
|---|---|---|---|---|---|---|---|
| | | | 3/7/22 9:36 A.M. ST.C ALEXIS SANTANA | | | | |

Totals
Units:                                                                 Spots:          Weight: 42,000 LBS

Billing terms:  COLLECT ☐   PREPAID ☐   3RD PARTY ☒

Bill to: KCH TRANSPORTATION INC.
3001 S. Broad Street
Suite 207
Chattanooga, TN 37408
(770) 962-6829

Shipper Signature
Driver Signature

YES ☐ NO ☐     YES ☐ NO ☐

Consignee Signature

SHIPPER: AG PRODUCTION
4660 BERG STREET #130
SOUTH SIDE RING CALL BOX AT GATE

CARRIER: HI-VALLEY TRANSPORT
PER:
DATE:

Page 1 of 1

Escaneado con CamSca

**INVOICE** 0174516
**DATE** 03/16/2022


**KCH Transportation**
3001 S. Broad St.
Suite 207
Chattanooga, TN 37408

**SHIPPER**
SGPS SHOW RIG
2855 COLEMAN ST
N LAS VEGAS, NV 89032

**CONSIGNEE**
SOLAR AMPITHEATER
301 BISCAYNE BLVD
ULTRA MUSIC FESTIVAL
MIAMI, FL 33132

**BILL TO**
AGPRNONV
AG Production Services
4660 Berg Street. #130
NORTH LAS VEGAS, NV 89081

SHIP DATE    03/11/2022
Bill of Lading
CONSIGNEE REF NO.

| DESCRIPTION | WEIGHT | UNITS | RATE | CHARGES |
|---|---|---|---|---|
| Production/Entertainment Freight Charges | 42000.0  Min. weight: 42000.0 | 1.0000 | 7400.0000  Flat rate | 7400.00 |
| PU AG PRODUCTION | N LAS VEGAS | NV | | |

Transfer Funds To:
**SYNOVUS**

ABA (ACH) Routing Number: ███
Accounting Number: ███
SWIFT Code: ███

*(handwritten: 22018 APP By shaggy 3/24/22)*

**ENTERED**

| THIS BILL IS PAST DUE ON | 04/15/2022 | PLEASE PAY THIS AMOUNT | $7,400.00 |
|---|---|---|---|

Thank you for your business



**STRAIGHT BILL OF LADING**
LOAD # 0474516

AFFIX PRO STICKER HERE

PO #
Date: 03/11/2022

**FROM (SHIPPER)**
SGPS SHOW RIG
2855 COLEMAN ST
N LAS VEGAS, NV 89032
Phone: JAKI (702) 481-4104

Scheduled ship date   03/11/2022

**TO (CONSIGNEE)**
SOLAR AMPITHEATER
301 BISCAYNE BLVD
ULTRA MUSIC FESTIVAL
MIAMI, FL 33132
Phone: RUSS (480) 244-3479

SGPS Automation.

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS | SKU |
|---|---|---|---|---|---|---|---|

**Totals**
Units:                                      Spots:        Weight: 42,000 LBS

Billing terms:  COLLECT [ ]   PREPAID [ ]   3RD PARTY [X]

Bill to: KCH TRANSPORTATION INC.
3001 S. Broad Street
Suite 207
Chattanooga, TN 37408
(770) 962-6829

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure...

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172). If there is no release of value declaration by the shipper, and the shipper does not so request a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.



| INVOICE | 0474040 |
|---|---|
| DATE | 03/16/2022 |

**KCH Transportation**

3001 S. Broad St.
Suite 207
Chattanooga, TN 37408

**SHIPPER**
AG PRODUCTION
4660 BERG STREET #130
NORTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

**CONSIGNEE**
SOLAR AMPITHEATER
301 BISCAYNE BLVD
ULTRA MUSIC FESTIVAL
MIAMI, FL 33132

**BILL TO**
AGPRNONV
AG Production Services
4660 Berg Street. #130
NORTH LAS VEGAS, NV 89081

SHIP DATE    03/11/2022
Bill of Lading
CONSIGNEE REF NO.

| DESCRIPTION | WEIGHT | UNITS | RATE | CHARGES |
|---|---|---|---|---|
| Production/Entertainment Freight Charges | 42000.0  Min. weight: 42000.0 | 1.0000 | 7400.0000  Flat rate | 7400.00 |



Transfer Funds To:
SYNOVUS

ABA (ACH) Routing Number: ▮▮▮▮▮
Accounting Number: ▮▮▮▮▮
SWIFT Code: ▮▮▮▮▮

*pd 3/11/22*
*22018*
*AP By Shady*

| THIS BILL IS PAST DUE ON | 04/15/2022 | PLEASE PAY THIS AMOUNT | $7,400.00 |
|---|---|---|---|

*Thank you for your business*



**STRAIGHT BILL OF LADING**
LOAD # 0474040
AFFIX PRO STICKER HERE
PO #
Date: 03/11/2022

FROM (SHIPPER):
AG PRODUCTION
4660 BERG STREET #130
NORTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

Scheduled ship date: 03/11/2022

TO (CONSIGNEE):
SOLAR AMPITHEATER
301 BISCAYNE BLVD
ULTRA MUSIC FESTIVAL
MIAMI, FL 33132
Phone: RUSS (480) 244-3479

| Units | Packages | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS | SKU |
|---|---|---|---|---|---|---|
| | | Main stage lighting & video | | | | |

Totals
Units                                       Spots:         Weight: 42,000 LBS

Billing terms:
COLLECT [ ]
PREPAID [ ]
3RD PARTY [X]

Bill to: KCH TRANSPORTATION INC.
3001 S. Broad Street
Suite 207
Chattanooga, TN 37408
(770) 962-6829

Shipper Signature: Chris Taylor 3/11/22
Driver Signature:
Consignee Signature:

SHIPPER: AG PRODUCTION
4660 BERG STREET #130
NORTH SIDE RING CALL BOX AT GATE

CARRIER: MELODY LOGISTICS LLC
PER:
DATE: Thomas [____] 972-591-8723

Page 1 of 1

# INVOICE 0471386
DATE 03/07/2022


**KCH Transportation**

3001 S. Broad St.
Suite 207
Chattanooga, TN 37408

**BILL TO**
AGPRNONV
AG Production Services
4660 Berg Street. #130
NORTH LAS VEGAS, NV 89081

**SHIPPER**
AG PRODUCTION
4660 BERG STREET #130
SOUTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

**CONSIGNEE**
HARD ROCK STADIUM
347 DON SHULA DRIVE, GATE 2
MIAMI GARDENS, FL 33056

SHIP DATE  02/28/2022
Bill of Lading
CONSIGNEE REF NO.

| DESCRIPTION | WEIGHT | UNITS | RATE | CHARGES |
|---|---|---|---|---|
| Production/Entertainment Freight Charges | 42000.0 Min. weight: 42000.0 | 1.0000 | 7200.0000 Flat rate | 7200.00 |

**Transfer Funds To:**
SYNOVUS

**ABA (ACH) Routing Number:** ▮▮▮
**Accounting Number:** ▮▮▮
**SWIFT Code:** ▮▮▮

*App By shaggy 21090*

ENTERED

| THIS BILL IS PAST DUE ON | 04/06/2022 | PLEASE PAY THIS AMOUNT | $7,200.00 |
|---|---|---|---|

*Thank you for your business*



**KCH Transportation**

AFFIX PRO STICKER HERE

BILL OF LADING
LOAD # 0471386
PO #
Date: 02/28/2022

**FROM (SHIPPER):**
AG PRODUCTION
4660 BERG STREET #130
SOUTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081
Phone: SHAGGY (702) 481-4287

Scheduled ship date    02/28/2022

**TO (CONSIGNEE):**
HARD ROCK STADIUM
347 DON SHULA DRIVE, GATE 2
MIAMI GARDENS, FL 33056
Phone: KEVIN (216) 513-5100

*Jennifer Nance*
3/3/22

| M | Units | Packaging | Description | Pcs | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
| | | | Bridge STEEL Pieces | | 41,000 | |

**Totals**
Units:                    Spots:            Weight: 42,000 LBS

Billing terms:
COLLECT: ☐
PREPAID: ☐
3RD PARTY: ☒

Bill to: KCH TRANSPORTATION INC.
3001 S. Broad Street
Suite 207
Chattanooga, TN 37408
(770) 962-6829

Shipper Signature    CHAD TAYLOR    2-28-20
Driver Signature
Consignee Signature

SHIPPER: AG PRODUCTION
4660 BERG STREET #130
SOUTH SIDE RING CALL BOX AT GATE

CARRIER: AD FREIGHT INC
PER:
DATE:

Page 1 of 1

Scanned with CamScanner



| INVOICE | 6474037 |
|---|---|
| DATE | 03/18/2022 |

**KCH Transportation**
3001 S. Broad St.
Suite 207
Chattanooga, TN 37408

**SHIPPER**
AG PRODUCTION
4660 BERG STREET #130
NORTH SIDE RING CALL BOX AT GATE
N LAS VEGAS, NV 89081

**BILL TO**
AGPRNONV
AG Production Services
4660 Berg Street. #130
NORTH LAS VEGAS, NV 89081

**CONSIGNEE**
SOLAR AMPITHEATER
301 BISCAYNE BLVD
ULTRA MUSIC FESTIVAL
MIAMI, FL 33132

SHIP DATE          03/11/2022
Bill of Lading
CONSIGNEE REF NO.

| DESCRIPTION | WEIGHT | UNITS | RATE | CHARGES |
|---|---|---|---|---|
| Production/Entertainment Freight Charges | 42000.0  Min. weight: 42000.0 | 1.0000 | 7400.0000  Flat rate | 7400.00 |



Transfer Funds To:
SYNOVUS

**ABA (ACH) Routing Number:** ▓▓▓▓▓
**Accounting Number:** ▓▓▓▓▓
**SWIFT Code:** ▓▓▓▓▓

22018
Appby Shaggy
3/24/22

| THIS BILL IS PAST DUE ON | 04/17/2022 | PLEASE PAY THIS AMOUNT | $7,400.00 |
|---|---|---|---|

*Thank you for your business*

# KCH Transportation

**STRAIGHT BILL OF LADING**
Load #: 8474037

**From (shipper):**
JTG PRODUCTION
660 BERG STREET #130
NORTH SIDE RING CALL BOX AT GATE
LAS VEGAS, NV 89081

**To (consignee):**
SOLAR AMPHITHEATER
301 BISCAYNE BLVD
ULTRA MUSIC FESTIVAL
MIAMI, FL 33132
Phone: RUSS (408) 248-5479

Scheduled ship date: 03/11/2022

| HM | Units | Packaging | Kind of Packaging - Description of Articles / HAZARDOUS MATERIALS - PROPER SHIPPING NAME | Spots | WEIGHT | CLASS | SKU |
|---|---|---|---|---|---|---|---|
| | | | Mainstage Lighting & Video | | | | |

**Totals**
Units:   Spots:   Weight: 42,000 LBS

**Billing terms:**
COLLECT [ ]
PREPAID [ ]
3RD PARTY [X]

**Bill to:** KCH TRANSPORTATION INC.
3001 S. Broad Street
Suite 207
Chattanooga, TN 37408
(770) 962-6829