Electronically Filed
04/26/2024 1:50 PM

CLERK OF THE COURT

VDWO

GURSTEL LAW FIRM, P.C.
8495 W Sunset Rd, Suite 201
Las Vegas, NV 89113
Sherry A. Moore, Esq.  (#11215)
Danny M. Ford, Esq.  (#16404)
Paulina Williams, Esq.  (#16347)
Cristi Barker, Esq.  (#7593)
Telephone:  725-220-4692
NVcourt@gurstel.com
Attorneys for Plaintiff
GLF File #: COM62822

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| KCH Transportation Inc, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. A-24-891671-C |
| | ) Dept. No.  14 |
| AG Production Services Inc | ) |
| | ) |
| Defendant. | ) |
| | ) |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Defendant(s), AG Production Services Inc, not having filed or served an answer, responsive pleading, or otherwise have appeared herein, the Plaintiff in the above action, requests and authorizes the Clerk of the Court to enter a DISMISSAL WITHOUT PREJUDICE as to AG Production Services Inc.

**Pursuant to NRS 239B.030 and 603A.040 the undersigned does hereby affirm that this document does not contain the personal information of any person.

DATE: April 25, 2024                     GURSTEL LAW FIRM, P.C.

/s/ Danny Ford
_____
Sherry A. Moore, Esq.  (#11215)
Danny M. Ford, Esq.  (#16404)
Paulina Williams, Esq.  (#16347)
Cristi Barker, Esq.  (#7593)
Attorney for Plaintiff

IT IS SO ORDERED
Dated this 26th day of April, 2024

B43 B87 9A83 A14D
Adriana Escobar
District Court Judge

Statistically closed: USJR - CV - Voluntary Dismissal (Close Case) (USVD)

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| KCH Transportation Inc, Plaintiff(s) <br><br> vs. <br><br> AG Production Services Inc, Defendant(s) | CASE NO: A-24-891671-C <br><br> DEPT. NO.  Department 14 |

**AUTOMATED CERTIFICATE OF SERVICE**

Electronic service was attempted through the Eighth Judicial District Court's electronic filing system, but there were no registered users on the case. The filer has been notified to serve all parties by traditional means.